**DENTONS**

**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> Having been advised that the parties have reached a settlement in principle, the Court GRANTS the request for a stay. All case deadlines in this action shall be stayed until February 20, 2025.
>
> Dated: January 7, 2025
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
>
> **JENNIFER L. ROCHON**
> **United States District Judge**

January 6, 2025

<u>VIA ECF</u>

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Picon v. Red Land Cotton, LLC*; Case No. 1:24-cv-07615-JLR

Dear Judge Rochon:

We represent Defendant Red Land Cotton, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for thirty (30) days, from January 6, 2025 to February 20, 2025.

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)